# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO** |
| v. | **BAIL REFORM ACT** |
| **MICHAEL LEE FULLMORE** | |
| | **CASE NO. 1:13CR27** |

Upon motion of the defendant, it is **ORDERED** that a detention hearing is set for August 12, 2013, at 3:00 p.m. before Honorable Pamela Meade Sargent, United States Magistrate Judge, at the United States Courthouse, 180 West Main Street, Abingdon, Virginia.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

ENTER: This 8th of August, 2013.

_s/ Pamela Meade Sargent_
UNITED STATES MAGISTRATE JUDGE

---

If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant , 18 USC §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 USC §3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (1) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.