AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA
V.
MICHAEL FULLMORE

**EXHIBIT AND WITNESS LIST**

Case Number: 1:13-cr-27

| PRESIDING JUDGE Pamela Meade Sargent | PLAINTIFF'S ATTORNEY Zachary Lee | DEFENDANT'S ATTORNEY Nancy Dickenson, AFPD |
|---|---|---|
| TRIAL DATE (S) 8/12/13 | COURT REPORTER Felicia Clark, FTR | COURTROOM DEPUTY Felicia Clark |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/12/2013 | x | x | Audio Recording                                                                        Tim Burke |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages